UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSE LUIS MIRABAL,

       Plaintiff,

v.

HAIRPEOPLE HAIRCUTS, INC.,
DAWN DELANEY and ROBERT DELANEY,

       Defendants.                    /

## NOTICE OF REMOVAL

Defendants, HAIRPEOPLE HAIRCUTS, INC. ("HAIRPEOPLE"), DAWN DELANEY ("D. DELANEY"), and ROBERT DELANEY ("R. DELANEY"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, and states as follows:

1. Plaintiff, JOSE LUIS MIRABAL ("MIRABAL") commenced this action against HAIRPEOPLE, D. DELANEY and R. DELANEY by filing a Complaint in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No. CACE-19-021311 (02).

2. Plaintiff seeks relief under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et. seq*.

3. On October 30, 2019, Plaintiff served HAIRPEOPLE, D. DELANEY, and R. DELANEY with a copy of the Summons and Complaint from the state court proceeding. On November 22, 2019, Defendants filed a Notice of Appearance and Compliance with Rule 2.516(b)(1) and Designation of Email Address. A true and correct copy of all the pleadings, and other documents that have been filed in this action are attached hereto as composite Exhibit "A."

4. No further proceedings have been had, and fewer than thirty (30) days have elapsed since this action became removable to this Court.

5. Pursuant to 28 U.S.C. § 1441, this case is removable because the United States District Court has original jurisdiction because Plaintiff's claim arises under the laws of the United States.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, General Jurisdiction Division, State of Florida.

WHEREFORE, Defendants HAIRPEOPLE, D. DELANEY, and R. DELANEY remove this action to this Court, and respectfully request that it proceed in this forum.

Respectfully submitted,

**GALLUP AUERBACH**
*Counsel for Defendants*
4000 Hollywood Boulevard
Presidential Circle – Suite 265 South
Hollywood, Florida 33021
Telephone:   (954) 894-3035
Facsimile:   (954) 894-8015
E-mail:  dgallup@gallup-law.com

By:   */s/ Dana M, Gallup*
      DANA M. GALLUP
      Florida Bar No.:  0949329

## **SERVICE LIST**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 27th day of November 2019, via e-mail to R. Martin Saenz, Esq. (msaenz@saenzanderson.com), *Counsel for Plaintiff,* Saenz & Anderson, PLLC, 20900 NE 30th Avenue, Suite 800, Aventura, FL 33180.

                                                          By: /*s/ Dana M, Gallup*
                                                               DANA M. GALLUP

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com